AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:13-CR-0102-LRH-VPC |
| ) | |
| WALTER OLIVER ANDERSON, III ) | |
| *Defendant* ) | |

**ORDER SCHEDULING A DETENTION HEARING**

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Federal Building and Courthouse<br>400 S. Virginia Street<br>Reno, Nevada 89501<br>Honorable Valerie P. Cooke, U.S. Magistrate Judge | Courtroom No.: | 1 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | **October 23, 2013 at 3:00 p.m.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Oct 22, 2013

*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge

*Printed name and title*