**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>WALTER OLIVER ANDERSON, III,<br><br>          Defendant. | Case No. 3:13-CR-00102-LRH-CLB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Walter Oliver Anderson, III, that the Revocation Hearing currently scheduled on May 26, 2022 at 11:00 am, be vacated and continued to August 2, 2022 at 1:30 pm.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for the revocation hearing and to allow Mr. Anderson to make the appropriate arrangements before any custodial sentence is imposed.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 19th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Andrew Keenan*<br>By_____<br>ANDREW KEENAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-CR-00102-LRH-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| WALTER OLIVER ANDERSON, III, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, May 26, 2022 at 11:00 a.m., be vacated and continued to Tuesday, August 2, 2022 at 1:30 pm.

DATED this 19th day of May, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE