UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER OLIVER ANDERSON, III,<br><br>Defendant. | Case No. 3:13-CR-00102-LRH-CLB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Walter Oliver Anderson, III, that the Revocation Hearing currently scheduled on September 13, 2022, at 2:30 pm, be vacated and continued to October 27, 2022, at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Mr. Anderson has an upcoming surgery that he has waited for his insurance to approve that will conflict with the currently scheduled supervised release hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 8th day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Benjamin F. J. Nemec<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | /s/ Andrew Keenan<br>By_____<br>ANDREW KEENAN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WALTER OLIVER ANDERSON, III,<br><br>   Defendant. | Case No. 3:13-CR-00102-LRH-CLB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 13, 2022, at 2:30 p.m., be vacated and continued to October 27, 2022, at 11:00 a.m.

DATED this 12th day of September 2022.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE