# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STAES OF AMERICA;

    Plaintiff,

vs.

WALTER OLIVER ANDERSON, III;

    Defendant.

Case No. 3:13-CR-102-LVH-CLB

**JOINT STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE**

Pursuant to the Court's Local Rule of Criminal Practice 45-1, the parties respectfully request that the Court approved this stipulation seeking a continuance of Walter Oliver Anderson III's revocation of supervised release hearing currently scheduled for October 27, 2022. Should the Court approve this stipulation, the parties respectfully request that the Court schedule Mr. Anderson's revocation of supervised release hearing for February 2, 2023 at 11:00 a.m. In support of this stipulation, the parties note the following facts:

1. Undersigned defense counsel was recently retained to represent Mr. Anderson in this matter.

1

2. Counsel has communicated with government counsel, Andrew Keenan, Esq. who can represent that the United States has no objection to a continuance of the current revocation of supervised release hearing.

3. The parties respectfully request that the Court continue the current revocation of supervised release hearing to February 2, 2023 at 11:00 a.m.

In light of the foregoing, the parties respectfully request that the Court approve this stipulation.

Respectfully Submitted By:

**PAUL PADDA LAW, PLLC**

| | |
|---|---|
| */s/: Tony L. Abbatangelo* | */s/: Andrew Keenan* |
| TONY L. ABBATANGELO, ESQ. | ANDREW KEENAN, ESQ. |
| 4560 South Decatur Boulevard, Suite 300 | Assistant United State Attorney |
| Las Vegas, Nevada 89103 | United State's Attorney's Office |
| *Attorneys for Defendant, Walter Anderson* | |
| | Counsel for the United States of America |
| Dated:  October 24, 2022 | |
| | Dated:  October 24, 2022 |

**IT IS SO ORDERED:**

The parties' joint stipulation seeking to continue the current date for the revocation of supervised release hearing in this matter is <u>approved.</u>

The current revocation of supervised release hearing of October 27, 2022 is hereby <u>vacated.</u>

The revocation of supervised release hearing in this matter is continued to February 2, 2023 at 11:00 A.M.

_____
**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

**DATED:  October 24, 2022.**