**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-102-LRH-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE** |
| WALTER OLIVER ANDERSON, III, | |
| Defendant. | |

Pursuant to the Court's Local Rule of Criminal Practice 45-1, the parties respectfully request that the Court approved this stipulation seeking a continuance of Walter Oliver Anderson III's revocation of supervised release hearing currently scheduled for February 2, 2023. Should the Court approve this stipulation, the parties respectfully request that the Court schedule Mr. Anderson's revocation of supervised release hearing for February 16, 2023, at 1:30 p.m. In support of this stipulation, the parties note the following facts:

1. Undersigned defense counsel was recently retained to represent Mr. Anderson in this matter.

/ / /

1

2.  Undersigned defense counsel has communicated with government counsel, Andrew Keenan, who can represent that the United States has no objection to a continuance of the current revocation of supervised release hearing.

3.  The parties respectfully request that the Court continue the current revocation of supervised release hearing to February 16, 2023 at 1:30 p.m.

In light of the foregoing, the parties respectfully request that the Court approve this stipulation.

Respectfully Submitted By:

| | |
|---|---|
| **PAUL PADDA LAW, PLLC** | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Tony L. Abbatangelo* | /s/ *Andrew Keenan* |
| TONY L. ABBATANGELO, ESQ.<br>4560 South Decatur Boulevard, Suite 300<br>Las Vegas, Nevada 89103 | ANDREW KEENAN<br>Assistant United States Attorney |
| Attorneys for Defendant, Walter Anderson | Counsel for the United States of America |
| Dated: January 26, 2023 | Dated: January 26, 2023 |

### ORDER

The parties' Joint Stipulation seeking to continue the current date for the video revocation of supervised release hearing in this matter is GRANTED.

The current video revocation of supervised release hearing of February 2, 2023 at 11:00 a.m. is hereby vacated. The video revocation of supervised release hearing in this matter is continued to February 16, 2023 at 1:30 p.m. before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 27th day of January, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE